584 A.2d 228
STATE OF NEW JERSEY v. JANE R. MARTINEZ.

May 30, 1990.

Petition for certification denied.

584 A.2d 228
STATE OF NEW JERSEY v. BERTRAND COOPER.

May 30, 1990.

Petition for certification denied.

584 A.2d 228
STATE OF NEW JERSEY v. KYLE SEARS.

May 30, 1990.

Petition for certification denied.

584 A.2d 228
STATE OF NEW JERSEY v. LEIGHTON SENIOR.

May 30, 1990.

Petition for certification denied.

584 A.2d 228
STATE OF NEW JERSEY v. CARL WHEELER.

May 30, 1990.

Petition for certification denied.